IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LASHAWNIA S. DIGGS AND<br>CEDRIC T. DIGGS<br><br>Plaintiff,<br><br>v.<br><br>VETERANS LAND BOARD OF THE<br>STATE OF TEXAS,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:23-cv-1220 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. Section 1446(a), Defendant Veterans Land Board of the State of Texas ("Defendant") files this notice of the removal of this action from the 40th Judicial District Court for Ellis County, Texas. Defendant submits this Notice in support of its removal. Removal is based on federal question jurisdiction as Plaintiffs' claims raise significant questions of federal law. Defendant respectfully shows as follows:

## INTRODUCTION

1. On or about April 28, 2023, Plaintiffs Lashawnia S. Diggs and Cedric T. Diggs (hereinafter "Plaintiffs") filed their *Original Petition and Application for Temporary Restraining Order* (the "Petition"), bearing Cause No. 111034 and styled *Lashawnia S. Diggs and Cedric T. Diggs v. Greater Texas Federal Credit Union* in the 40th Judicial District of Ellis County, Texas (the "State Court Action"). A true and correct copy of the Docket Sheet from the State Court Action is attached hereto as **Exhibit A**. In accordance with 28 U.S.C. Section 1446(a), copies of all process, pleadings, and orders served in the State Court Action, including the Petition, are attached hereto within the contents of **Exhibit B**.

2. The allegations in the Petition relate to a deed of trust and foreclosure proceedings on Plaintiffs' real property located at 000 Old Telico Road, Ennis, Texas 75119 (the "Property"). (*See* Petition at ¶7). In the Petition, Plaintiffs allege that foreclosure of the Property should not proceed because of *inter alia*, Defendant's alleged wrongful conduct relating to Plaintiff's pursuit of loss mitigation options on the loan. (*Id.* at ¶¶ 10-16, 21.) For these alleged wrongs, Plaintiffs assert causes of action for: (1) violations of the Real Estate Settlement and Procedures Act ("RESPA"); (2) common law fraud; (3) and negligent undertaking. (*See* Petition.) Plaintiffs seek a temporary restraining order and seek actual damages, statutory damages, attorney fees and court costs. (*See id.*)

3. This Notice of Removal is timely because thirty (30) days have not expired since the case was initially filed, making removal proper in accordance with 28 U.S.C. Section 1446(b).

4. This action is removable to federal court pursuant to 28 U.S.C. Section 1441 because it could have been filed originally in this Court pursuant to federal question jurisdiction conferred by 28 U.S.C. Section 1331.

## BASIS FOR REMOVAL – FEDERAL QUESTION

5. This action arises under and presents substantial questions of federal law. Specifically, Plaintiffs allege that Defendant's actions violated numerous sections of 12 CFR § 1024.41 and that such violations are actionable under RESPA, 12 U.S.C. § 2605(f). (Petition at ¶¶18-22.)

6. Because this action arises under the laws of the United States, this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. Section 1331, and removal of this entire cause is therefore proper under 28 U.S.C Section 1441(c). The Court has supplemental jurisdiction over Plaintiffs' state law claims. 28 U.S.C. § 1367.

## **VENUE**

7. Venue for removal is proper in this district and division, the United States District Court for the Northern District of Texas, Dallas Division, under 28 U.S.C. Section 1441(a) because this district and division embrace the 40th Judicial District Court for Ellis County, Texas, the forum in which the removed action was pending.

## **NOTICE**

8. Pursuant to 28 U.S.C. Section 1446(d), a copy of this Notice is being filed with the Clerk of Court for 40th Judicial District Court for Ellis County, Texas.

9. The contents of Exhibit B constitute the entire file of Cause No. No. 111034 in the 40th Judicial District Court for Ellis County, Texas.

## **CONCLUSION**

For the reasons described above, Defendant respectfully requests that this Court take jurisdiction over this matter and proceed as if it had been originally filed herein.

Respectfully submitted,

By: ___/s/ *Mark D. Cronenwett*___
**MARK D. CRONENWETT**
Texas Bar No. 00787303
mcronenwett@mwzmlaw.com

**RACHAEL SWERNOFSKY**
Texas Bar No. 24097169
rswernofsky@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P. C.**
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686

**ATTORNEYS FOR DEFENDANT**

## List of all Counsel of Record

For Plaintiffs Lashawnia S. Diggs and Cedric T. Diggs:
D. Kimberli Wallace
D. Kimberli Wallace, PLLC
1560 Southlake Blvd., Suite 100
Southlake, Texas 76092
Tel. (817) 745-4581
Fax (817) 953-7000
kwallace@kwlawfirm.net


For Defendant Veterans Land Board of the State of Texas:
Mark D. Cronenwett
Texas Bar No. 00787303
mcronenwett@mwzmlaw.com
Rachael Swernofsky
Texas Bar No. 24097169
rswernofsky@mwzmlaw.com
Mackie Wolf Zientz & Mann, P. C.
14160 North Dallas Parkway
Dallas, TX 75254
(214) 635-2650
(214) 635-2686 (Fax)

## INDEX OF DOCUMENTS ATTACHED

Exhibit A   Copy of the Docket Sheet for Cause No. 111034 in the 40th Judicial District Court, Ellis County, Texas;

Exhibit B   Pleadings in Cause No. 111034 in the 40th Judicial District Court, Ellis County, Texas;

    B-1   Plaintiff's Original Petition and Application for Temporary Restraining Order, April 28, 2023; and

    B-2   Temporary Restraining Order, April 28, 2023; and

    B-3   Original Answer of Defendant Veterans Land Board of the State of Texas, May 22, 2023.

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 26, 2023, a true and correct copy of the foregoing document was delivered via regular mail to all counsel of record listed below:

<u>Via U.S. Mail</u>:
D. Kimberli Wallace
D. Kimberli Wallace, PLLC
1560 Southlake Blvd., Suite 100
Southlake, Texas 76092
Tel. (817) 745-4581
Fax (817) 953-7000
kwallace@kwlawfirm.net

          */s/ Mark D. Cronenwett*
          **MARK D. CRONENWETT**